Robert L. Knupp, Asst. County Sol., Harrisburg, for appellant in No. 170.

Alan J. Davis, City Sol., Pauline Cohen, Chief Asst. City Sol., Philadelphia, for appellant in No. 171.

John R. White, County Sol., Gettysburg, for appellant in No. 172.

Paula D. Francisco, West Chester, for appellant in No. 173.

Alex L. Bensinger, County Sol., Stroudsburg, for appellant in No. 174.

Prince Altee Thomas, Deputy Atty. Gen., for appellees.

H. Reginald Belden, Jr., Greensburg, for Pa. State Association of County Commissioners, amicus curiae.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Commonwealth Court, 53 Pa.Cmwlth. 318, 416 A.2d 1175, is affirmed.

427 A.2d 650

**COMMONWEALTH of Pennsylvania**

v.

**Gary Shoff KLESSER, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 3, 1981.

Decided April 15, 1981.

626

Michael J. Wherry, Asst. Public Defender, Robert G. Kochems, First Asst. Public Defender, Mercer, for appellant.

Samuel J. Orr, IV, Dist. Atty., Charles S. Hersh, Mercer, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence and Order of the Court of Common Pleas of Mercer County are affirmed.

427 A.2d 650

**In re ADOPTION OF Nicki Nicole WILLIAMS, A Minor.**

**Appeal of Zelda WILLIAMS.**

Supreme Court of Pennsylvania.

Submitted March 5, 1981.

Decided April 15, 1981.

Rosalia G. Parker, Neighborhood Legal Services Ass'n, Pittsburgh, for appellant.

Robert T. Kane, Munhall, for James and Amanda Branch.

Michael J. Murphy, Munhall, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.